**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-61763-CIV-SMITH/REID**

SYLVIA SALERNO,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

    Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Cross-Motions for Summary Judgment [DE 23], which recommends denying Plaintiff's Motion for Summary Judgment, granting Defendant's Motion for Summary Judgment, and affirming the Administrative Law Judge's decision. No objections have been filed. Accordingly, having reviewed the Report and Recommendation, the parties' motions, the record, and given that no objections have been filed, it is

**ORDERED** that:

    1)    Magistrate Judge's Report and Recommendation on Cross-Motions for Summary Judgment [DE 23] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2)    Plaintiff's Motion for Summary Judgment [DE 15] is **DENIED.**

    3)    Defendant's Motion for Summary Judgment is **GRANTED.**

    4)    The decision of the Administrative Law Judge is **AFFIRMED.**

5)   This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 13th day of November, 2023.

**RODNEY SMITH
UNITED STATES DISTRICT JUDGE**

cc:   All Counsel of Record